UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: _____

| | |
|---|---|
| LOS AGAVES GRILL, INC. | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| LOS AGAVES, LLC | ) |
| | ) |
| Defendant | ) |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, the undersigned attorney for the Plaintiff hereby certifies that the Plaintiff has no parent company and that no publicly held corporation owns 10% or more of its stock.

Dated this 22 day of March 2024

Respectfully submitted,

THE PLAINTIFF,
LOS AGAVES GRILL, INC.

By: /s/ Richard H. Kosakowski
Richard H. Kosakowski, Esq. (BBO #556535)
Richard H. Kosakowski DBA Swift Water Law.
17 Main Street, P.O. Box 937
Wilbraham, Massachusetts 01095
Phone (413) 426-1916
Fax (413) 596-3779
rick@swiftwaterlaw.com

*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

    I, Richard H. Kosakowski, hereby certify that on March 22, 2024, a true and correct copy of this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                                /s/ Richard H. Kosakowski
                                                Richard H. Kosakowski